[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-12602

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 4, 2007
THOMAS K. KAHN
CLERK

BIA No. A96-095-224

JORGE ENRIQUE GOMEZ-MONTOYA,

                                                            Petitioner,

versus

U.S. ATTORNEY GENERAL,

                                                            Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals

_____

**(June 4, 2007)**

Before BIRCH, FAY and CUDAHY,* Circuit Judges.

PER CURIAM:

_____

*Honorable Richard D. Cudahy, United States Circuit Judge for the Seventh Circuit,
sitting by designation.

Having carefully reviewed the record and briefs in this case, as well as the summary affirmance by the Bureau of Immigration Appeals (BIA) of the order entered by the immigration judge (IJ) , we conclude that the record is insufficient for the panel on appellate review to make the requisite determinations as to the propriety of the judgment below.   Accordingly, we VACATE the judgment below and REMAND this case to the BIA with instructions to create a reviewable record in this matter and to assign the case upon remand to a different IJ for consideration.

It is so Ordered.